1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  CARLOS IVAN VARGAS, SR.

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE  DIVISION

10
   UNITED STATES OF AMERICA,        )   No.  CR-09-00888 JF
11                                   )
             Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
12                                   )   CONTINUING STATUS CONFERENCE
        vs.                          )
13                                   )
   CARLOS IVAN VARGAS, SR., et al.,  )
14                                   )
             Defendants.             )
15                                   )
                                     )
16 _____  )

17         Plaintiff UNITED STATES OF AMERICA, through its counsel of record, Assistant

18 United States Attorney ("AUSA") Jeffrey B. Schenk, and defendant CARLOS IVAN

19 VARGAS, SR., through his counsel of record, Peter Goodman, hereby stipulate and

20 agree as follows:

21         1.      A Status Conference in this matter is presently scheduled for Thursday,

22 June 24, 2010, at 9:00 a.m.

23         2.      The parties have reached a tentative Plea Agreement in this matter that

24 resolves most sentencing issues other than the amount of the loss, which they agree

25 will have a significant impact on the ultimate sentence this Court imposes.  Counsel for

26 defendant VARGAS has obtained CJA funding from this Court to retain the accounting

27 firm of Scott B. Price & Company, Certified Public Accountants, to review the invoices

28 and billing which the government has used to determine the loss amount it believes is

1  correct.   Owing to unforeseen difficulties, Mr. Price has been unavailable for some

2  weeks to review those materials but is available the latter part of the week of July 12,

3  2010, to conduct that review.  The government has indicated that the IRS case agent

4  will make the documents Mr. Price needs to review available to him during that time

5  frame.

6       3.     Counsel for defendant VARGAS has a prepaid vacation beginning the

7  week of July 19, 2010, and will not be returning until July 27, 2010.   He is requesting

8  that the status conference in this matter be continued to July 29, 2010, at 9:00 a.m.

9  and represents that this will be the last continuance requested by the defense.  Defense

10  counsel is informed and believes that AUSA Schenk is available to appear on that date

11  and has no objection to the continuance sought by the defense.

12  SO STIPULATED

13  DATED:

14

15  _____
   /s/
   JEFFREY P. SCHENK
   Assistant United States Attorney

16

17  SO STIPULATED

18  DATED:

19  _____
   /s/
   PETER GOODMAN

20  Attorney for Defendant
   CARLOS IVAN VARGAS, SR.

21

22       GOOD CAUSE APPEARING from the parties' Stipulation and [Proposed] Order

23  Continuing Status Conference, IT IS HEREBY ORDERED that the Status Conference in

24  this matter, which is currently scheduled for June 24, 2010, at 9:00 a.m., be continued to

25  July 29, 2010, at 9:00 a.m.

26  DATED: 6/22/10

27

28  _____
   JEREMY D. FOGEL
   United States District Court Judge

-2-