1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 781-8866
   Facsimile:   (415) 781-2266
4
   Attorney for Defendant
5  CARLOS IVAN VARGAS, SR.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE  DIVISION

10
    UNITED STATES OF AMERICA,          )   No.  CR-09-00888 JF
11                                     )
              Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
12                                     )   CONTINUING STATUS CONFERENCE
         vs.                            )
13                                     )
    CARLOS IVAN VARGAS, SR., et al.,   )
14                                     )
              Defendants.               )
15                                     )
                                        )
16  _____)

17         Plaintiff UNITED STATES OF AMERICA, through its counsel of record, Assistant

18  United States Attorney ("AUSA") Jeffrey B. Schenk, and defendant CARLOS IVAN

19  VARGAS, SR., through his counsel of record, Peter Goodman, hereby stipulate and

20  agree as follows:

21         1.     A Status Conference in this matter is presently scheduled for Thursday,

22  July 29, 2010, at 9:00 a.m.

23         2.     The parties have reached a tentative Plea Agreement in this matter that

24  resolves most sentencing issues other than the amount of the loss, which the parties

25  agree will have a significant impact on the ultimate sentence this Court imposes.

26  Defense counsel believes the loss amount is under $1,000,000.00 while AUSA Schenk

27  believes it is well over that amount.  On July 15, 2010, Certified Public Accountant Scott

28  B. Price and defense counsel reviewed the invoices and billing records the government

1  used to determine the loss amount it believes is correct at the IRS office in San Jose.
2  Owing to the press of other business, Mr. Price has not yet completed the report that
3  defense counsel asked him to prepare containing his calculation of the loss amount.  He
4  anticipates doing so by July 29, 2010.  However, based on defense counsel's previous
5  discussions with Mr. Price, he is informed and believes that the loss amount Mr. Price
6  has calculated will be significantly less than $1,000,000.
7        3.     Defense counsel is requesting that the Court continue the Status
8  Conference in this matter from July 29, 2010, at 9:00 a.m. to August 12, 2010, at 9:00
9  a.m. in order that AUSA Schenk might have sufficient time to consider the content of Mr.
10 Price's report.  Defense counsel is informed and believes that AUSA Schenk is available
11 to appear on that date and has no objection to the continuance sought by the defense.

SO STIPULATED

DATED:   July 28, 2010

        /s/
JEFFREY P. SCHENK
Assistant United States Attorney

SO STIPULATED

DATED:   July 28, 2010

        /s/
PETER GOODMAN
Attorney for Defendant
CARLOS IVAN VARGAS, SR.

GOOD CAUSE APPEARING from the parties' Stipulation and [Proposed] Order Continuing Status Conference, IT IS HEREBY ORDERED that the Status Conference in this matter, which is currently scheduled for July 29, 2010, at 9:00 a.m., be continued to August 12, 2010, at 9:00 a.m.

DATED:  7/28/10

_____
JEREMY D. FOGEL
United States District Court Judge