PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266

Attorney for Defendant
CARLOS IVAN VARGAS, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS IVAN VARGAS, SR., et al.,<br><br>    Defendants.<br>_____ | No.  CR-09-00888 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

Plaintiff UNITED STATES OF AMERICA, through its counsel of record, Assistant United States Attorney ("AUSA") Jeffrey B. Schenk, and defendant CARLOS IVAN VARGAS, SR., through his counsel of record, Peter Goodman, hereby stipulate and agree as follows:

1.   A Status Conference in this matter is presently scheduled for Thursday, August 12, 2010, at 9:00 a.m.

2.   The parties have reached a tentative Plea Agreement in this matter that resolves most sentencing issues other than the amount of the loss, which the parties agree will have a significant impact on the ultimate sentence this Court imposes.  The government initially believed that the amount of the loss was $1,066,316.04.  Any loss amount over $1,000,000.00 results in a sentencing enhancement of 16 levels under §2B1.1(b)(1)(I) of the Sentencing Guidelines.

1      3.     On July 15, 2010, Certified Public Accountant Scott B. Price and defense counsel reviewed the invoices and billing records that the government used to arrive at its calculation of the loss amount at the IRS office in San Jose. On July 30, 2010, Mr. Price forwarded his report to defense counsel which included a finding that two invoices were double counted, reducing the amount of the loss calculated by the government by $10,397.01. The government has reviewed the Price report and agrees with that finding. Defense counsel is investigating whether further reductions are appropriate but will not be able to conclude that investigation by the current date set for the Status Conference.

     4.     Defense counsel is requesting that the Court grant one final continuance of the Status Conference in this matter from August 12, 2010, at 9:00 a.m. to August 26, 2010, at 9:00 a.m., in order that he might complete his investigation. Defense counsel is informed and believes that AUSA Schenk is available to appear on that date and has no objection to the continuance sought by the defense.

SO STIPULATED

DATED:  August 10, 2010

                        /s/
                  JEFFREY P. SCHENK
                  Assistant United States Attorney

SO STIPULATED

DATED:  August 10, 2010

                        /s/
                  PETER GOODMAN
                  Attorney for Defendant
                  CARLOS IVAN VARGAS, SR.

///
///
///
///
///

1    GOOD CAUSE APPEARING from the parties' Stipulation and [Proposed] Order
2 Continuing Status Conference, IT IS HEREBY ORDERED that the Status Conference in
3 this matter, which is currently scheduled for August 12, 2010, at 9:00 a.m., be continued
4 to August 26, 2010, at 9:00 a.m.

5 DATED:  8/11/10

_____
JEREMY D. FOGEL
United States District Court Judge