1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 781-8866
   Facsimile:   (415) 781-2266
4
   Attorney for Defendant
5  CARLOS IVAN VARGAS, SR.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE  DIVISION

10
    UNITED STATES OF AMERICA,        )   No.  CR-09-00888 JF
11                                   )
           Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
12                                   )   CONTINUING STATUS CONFERENCE
       vs.                           )
13                                   )
    CARLOS IVAN VARGAS, SR., et al., )
14                                   )
           Defendants.               )
15                                   )
                                     )
16  _____)

17       Plaintiff UNITED STATES OF AMERICA, through its counsel of record, Assistant

18  United States Attorney ("AUSA") Jeffrey B. Schenk, and defendant CARLOS IVAN

19  VARGAS, SR., through his counsel of record, Peter Goodman, hereby stipulate and

20  agree as follows:

21       1.    A Status Conference in this matter is presently scheduled for Thursday,

22  September 9, 2010, at 9:00 a.m.

23       2.    The parties have now resolved all of the sentencing issues that delayed

24  production of a final draft of the Plea Agreement.  Defense counsel anticipates receiving

25  a copy of that agreement from AUSA Schenk shortly.  However, when this matter was

26  last before the Court on August 26, 2010, defense counsel mistakenly believed that the

27  celebration of the Jewish New Year, Rosh Hashanah, began at sundown September 9,

28  2010, rather than the evening before and agreed to appear before this Court on the 9th

at 9:00 a.m. Defense counsel has since realized his error, one which will undoubtedly be addressed at an appropriate point after sundown on Friday, September 17, 2010, during Yom Kippur, the Jewish Day of Atonement.

3. Because defense counsel will be unavailable to appear as scheduled on September 9, 2010, he is requesting that a final Status Conference in this matter be scheduled for September 16, 2010, at 9:00 a.m. Defense counsel has discussed this request with AUSA Schenk who is available to appear on that date and has no objection to the continuance sought by the defense.

SO STIPULATED

DATED: September 7, 2010

/s/
JEFFREY P. SCHENK
Assistant United States Attorney

SO STIPULATED

DATED: September 7, 2010

/s/
PETER GOODMAN
Attorney for Defendant
CARLOS IVAN VARGAS, SR.

GOOD CAUSE APPEARING from the parties' Stipulation and [Proposed] Order Continuing Status Conference, IT IS HEREBY ORDERED that the Status Conference in this matter, which is currently scheduled for September 9, 2010, at 9:00 a.m., be continued to September 16, 2010, at 9:00 a.m.

DATED: 9/7/10

JEREMY D. FOGEL
United States District Court Judge

-2-