**FILED**

OCT 0 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS VARGAS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-00888-JF <br><br> **STIPULATION TO CONTINUE BAIL HEARING AND** [PROPOSED] **ORDER** |

The parties have jointly requested a continuance of the Bail Hearing set for October 6, 2010.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 6, 2010, shall be continued to October 8, 2010 at 9:30 A.M.

IT IS SO ORDERED.

DATED: October 4, 2010

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

-3-